JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-07917-CBM-AJR | Date | December 17, 2024 |
| Title | Phinge Corporation v. Yankees Entertainment and Sports Network, LLC et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: DISMISSAL OF ACTION**

On November 21, 2024, the Court entered an order instructing Plaintiff to obtain new counsel and file a notice of appearance of counsel by December 10, 2024. (Dkt. No. 47.) The Court noted that "[f]ailure to obtain counsel and file a notice of appearance by this date may result in the dismissal of this action." (*Id.*) To date, no notice of appearance have been entered for counsel for Plaintiff. Accordingly, the Court dismisses this action without prejudice.

**IT IS SO ORDERED.**